JS 44 (Rev. 3/99)

**JUDGE ZAGEL**
**MAG. JUDGE ASHMAN**

The JS-44 civil cover sheet [and the information contained herein neither replace nor supplement] the filing and service of pleadings or other papers as required by law, except as provided [by local rules of court. This form, approved by the Judicial Confer]ence of the United States in September 1974, is required for the use of the Clerk of Court [for the purpose of initiating the civil docket sheet. (SEE INSTRUC]TIONS ON THE REVERSE OF THE FORM.)

(a) **PLAINTIFFS**: Robert R. Ritz

**DEFENDANTS**: Lake County Illinois; Mark C. Curran Jr., Sheriff Lake County; Scott Fitch, Lake County Jail Medical Dir.; Dr. _Vallury_ Nurse _

(b) County of Residence of First Listed Plaintiff: Lake County IL
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Lake County IL
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number):
Mark P. Standa PC (847-295-5544)
582 N. Oakwood Ave.
Lake Forest IL 60045

Attorneys (If Known): JN

**FILED SEP X 8 2008 MICHAEL W. DOBBINS, CLERK, U.S. DISTRICT COURT**

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

CIVIL RIGHTS: ☒ 440 Other Civil Rights

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)
☒ 1 Original Proceeding

**VI. CAUSE OF ACTION**: 42 USC sec. 1983 for failure to allow pre-trail detainee in County Jail access to necessary medical care.

**VII. REQUESTED IN COMPLAINT**: DEMAND $ 3.5 million; JURY DEMAND: ☒ Yes ☐ No

**VIII.** ☒ This case is not a refiling of a previously dismissed action.

DATE: 9-3-08
SIGNATURE OF ATTORNEY OF RECORD: Mark P. Standa