MHN

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must be a member in good standing of this Court's general bar or be granted leave by Local Rules 83.12 through 83.14.

08CV5026
JUDGE ZAGEL
MAG. JUDGE ASHMAN

In the Matter of

Robert R. Ritz
vs
Lake County, IL. et al

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff Robert Ritz

JN

FILED
9-3-2008
SEP 3 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| SIGNATURE | Mark P. Standa |
|---|---|
| FIRM | Mark P. Standa P.C. |
| STREET ADDRESS | 582 N. Oakwood Ave. Suite 201 |
| CITY/STATE/ZIP | Lake Forest IL. 60045 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6193319 | 847-295-5544 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☒   NO ☐

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO ☒

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☐   NO ☒

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☒   NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐