# United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08CV5026        Assigned/Issued By: J. N.

Judge Name: ZAGEL            Designated Magistrate Judge: ASHMAN

## FEE INFORMATION

Amount Due:  [✓] $350.00    [ ] $39.00    [ ] $5.00
             [ ] IFP        [ ] No Fee    [ ] Other _____
             [ ] $455.00

Number of Service Copies _____    Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350                       Receipt #: 4624008154

Date Payment Rec'd: 9-3-08             Fiscal Clerk: J. N.

## ISSUANCES

[✓] Summons                            [ ] Alias Summons
[ ] Third Party Summons                [ ] Lis Pendens
[ ] Non Wage Garnishment Summons       [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons
                                       _____
                                       (Victim, Against and $ Amount)
[ ] Citation to Discover Assets
                                       [ ] Other
[ ] Writ _____
    (Type of Writ)                     _____
                                       (Type of issuance)

5 Original and 5 copies on 9-3-08 as to MARK C. CURRAN JR;
                      (Date)
SCOTT FITCH; DR. VALLURY; LAKE COUNTY ILLINOIS; NURSE NATALIE